UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| R & D Films 1, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) 4:12-CV-1743 |
| Does 1-35, | ) |
| Defendant. | ) |

## NOTICE

TO: Doe 1

The enclosed summons and complaint are served pursuant to Federal Rule of Civil Procedure 4(e) and Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days of April 8, 2013

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.



If you do complete and return this form, you or the party on whose behalf you are being served must answer the complaint within twenty-one days of the date you sign the acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON

April 8, 2013.

_____
Signature

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Complaint in the above captioned matter.

_____
Signature

_____
Relationship to Entity/Authority
Receive Service of Process

_____
Date signed
61085457.1

2