IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R & D FILM 1, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>DOES 1-35,<br><br>                    Defendant. | Civil Action No.  4:12-cv-01743 JCH |

### NOTICE OF DISMISSAL

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff R&D Film 1, LLC hereby dismisses the instant case against Does 18, 20 and 22 with prejudice.  This notice of dismissal is filed before Doe 18, 20 or 22 has filed an answer or motion for summary judgment.  The parties have entered into a settlement agreement that fully resolves the parties' claims and defenses.  Each party will bear their own costs.

Further, notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff dismisses the instant case against Does 1, 6, 8, 9, 10, 11, 12, 13, 14, 30 and 35 without prejudice.  Plaintiff did not obtain sufficient information to permit service with regard to Does 1, 6, 8, 9, 10, 11, 12, 13 and 14 or otherwise did not believe that service on Does 30 and 35 was appropriate.  This notice of dismissal is filed before Does 1, 6, 8, 9, 10, 11, 12, 13, 14, 30 or 35 have filed an answer or motion for summary judgment.  Each party will bear their own costs.

April 16, 2013						Respectfully submitted,

							HARNESS, DICKEY & PIERCE, P.L.C.

							/s/ Joel R. Samuels
							Matthew L. Cutler, #46305MO
							Joel R. Samuels, #63587MO
							7700 Bonhomme Ave., Suite 400
							St. Louis, Missouri  63105
							Telephone:  (314) 726-7500
							Facsimile:  (314) 726-7501

							***Attorneys for Plaintiff, R & D Film 1, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 16, 2013, the foregoing was filed electronically with the Court to be served via the Court's electronic filing system upon all counsel of record.

/s/ Joel R. Samuels

61088590.1