IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R & D FILM 1, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>DOES 1-35,<br><br>       Defendant. | Civil Action No.  4:12-cv-01743 JCH |

### Return Receipt

COMES NOW PLAINTIFF and hereby files the return receipt by mail for Doe 3, James Shelby, in the above captioned matter, which is attached as Exhibit 1.

Dated:  April 22, 2013       Respectfully submitted,

                HARNESS, DICKEY & PIERCE, P.L.C.

                /s/ Joel R. Samuels
                Matthew L. Cutler, #46305MO
                Joel R. Samuels, #63587MO
                7700 Bonhomme, Suite 400
                St. Louis, Missouri  63105
                (314) 726-7500
                FAX:  (314) 726-7501

                *Attorneys for Plaintiff, R & D Film 1, LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 22, 2013, the foregoing was filed electronically with the Court to be served via the Court's electronic filing system upon all of record.

                                        /s/ Joel R. Samuels

61091545.1