IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R & D FILM 1, LLC,<br><br>                    Plaintiff,<br>vs.<br><br>DOES 1-35,<br><br>                    Defendant. | Civil Action No.  4:12-cv-01743 JCH |

**Return Receipt**

COMES NOW PLAINTIFF and hereby files the return receipt by mail for Doe 28, Sikeston WiFi, in the above captioned matter, which is attached as Exhibit 1.


Dated:  April 22, 2013                      Respectfully submitted,

                                                 HARNESS, DICKEY & PIERCE, P.L.C.

                                               /s/ Joel R. Samuels
                                             Matthew L. Cutler, #46305MO
                                             Joel R. Samuels, #63587MO
                                             7700 Bonhomme, Suite 400
                                             St. Louis, Missouri  63105
                                             (314) 726-7500
                                             FAX:  (314) 726-7501

                                             ***Attorneys for Plaintiff, R & D Film 1, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2013, the foregoing was filed electronically with the Court to be served via the Court's electronic filing system upon all of record.

/s/ Joel R. Samuels

61091545.1