IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R & D FILM 1, LLC,<br><br>                          Plaintiff,<br><br>vs.<br><br>DOES 1-35,<br><br>                          Defendant. | Civil Action No.  4:12-cv-01743 JCH |

## NOTICE OF DISMISSAL

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff dismisses the instant case against Does 4, 7, 17, 25, 26, 27, 32, 33 and 34 without prejudice.  Plaintiff did not obtain sufficient information to permit service with regard to Does 4, 7, 17, 25, 26, 27, 32, 33 and 34.  This notice of dismissal is filed before Does 4, 7, 17, 25, 26, 27, 32, 33 and 34 have filed an answer or motion for summary judgment.  Each party will bear their own costs.

May 8, 2013

Respectfully submitted,

HARNESS, DICKEY & PIERCE, P.L.C.

/s/ Joel R. Samuels
Matthew L. Cutler, #46305MO
Joel R. Samuels, #63587MO
7700 Bonhomme Ave., Suite 400
St. Louis, Missouri  63105
Telephone:  (314) 726-7500
Facsimile:  (314) 726-7501

*Attorneys for Plaintiff, R & D Film 1, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 8, 2013, the foregoing was filed electronically with the Court to be served via the Court's electronic filing system upon all counsel of record.

/s/ Joel R. Samuels

61098435.1