IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

R & D FILM 1, LLC,

                  Plaintiff,

vs.

DOES 1-35,

                  Defendant.

Civil Action No.  4:12-cv-01743 JCH

### NOTICE OF DISMISSAL

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff dismisses the instant case against Doe 24 without prejudice.  Plaintiff did not obtain sufficient information to permit service with regard to Doe 24.  This notice of dismissal is filed before Doe 24 has filed an answer or motion for summary judgment.  Each party will bear their own costs.

Further notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff R&D Film 1, LLC hereby dismisses the instant case against Doe 31 with prejudice.  This notice of dismissal is filed before Doe 31 has filed an answer or motion for summary judgment.  The parties have entered into a settlement agreement that fully resolves the parties' claims and defenses.  Each party will bear their own costs.

June 12, 2013					Respectfully submitted,

						HARNESS, DICKEY & PIERCE, P.L.C.

						/s/ Joel R. Samuels
						Matthew L. Cutler, #46305MO
						Joel R. Samuels, #63587MO
						7700 Bonhomme Ave., Suite 400
						St. Louis, Missouri  63105
						Telephone:  (314) 726-7500
						Facsimile:  (314) 726-7501

						***Attorneys for Plaintiff, R & D Film 1, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12th, 2013, the foregoing was filed electronically with the Court to be served via the Court's electronic filing system upon all counsel of record.

/s/ Joel R. Samuels

61113157.1