RECEIVED
JUN 1 3 2013
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| R & D Films 1, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:12-CV-1743-JCH |
| | ) |
| Does 1-35 | ) |
| | ) |
| Defendants. | ) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, JEFFREY J. ANTONELLI, move to be admitted pro hac vice to the bar of this court for the purpose of representing JONATHAN HOFFSUEMMER, also identified as DOE 27, in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney: Jeffrey J. Antonelli

(b) Address, telephone number and fax number of the movant-attorney:

100 N. LaSalle Street, Suite 2400, Chicago, Illinois 60602

Phone (312) 201-8310

Fax (312) 984-1504

(c) Name of the firm or letterhead under which the movant practices: Law Office of Jeffrey J. Antonelli, d/b/a/ Antonelli Law, Ltd.

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom:

DePaul University College of Law, graduated in 2000

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

#4644034277

      a. Illinois, admitted in 2000, bar number: 6271875

      b. United States District Court for the Northern District of Illinois: General Bar, admitted in 2006; Trial Bar, admitted in 2009

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant