IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R & D FILM 1, LLC,<br><br>                  Plaintiff,<br><br>vs.<br><br>DOES 1-35,<br><br>                  Defendant. | Civil Action No.  4:12-cv-01743 JCH |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff dismisses the instant case against Does 2, 3, 5, 15, 16, 19, 21, 23, 28 and 29 without prejudice.  This notice of dismissal is filed before Does 2, 3, 5, 15, 16, 19, 21, 23, 28 and 29 have filed an answer or motion for summary judgment.  Each party will bear their own costs.

Pursuant to the above, Plaintiff has now dismissed the case against all Does[1] and respectfully requests the Court close the file.

| | |
|---|---|
| June 20, 2013 | Respectfully submitted,<br><br>HARNESS, DICKEY & PIERCE, P.L.C.<br><br>/s/ Joel R. Samuels<br>Matthew L. Cutler, #46305MO<br>Joel R. Samuels, #63587MO<br>7700 Bonhomme Ave., Suite 400<br>St. Louis, Missouri  63105<br>Telephone:  (314) 726-7500<br>Facsimile:  (314) 726-7501<br><br>***Attorneys for Plaintiff, R & D Film 1, LLC*** |

---

[1] Dkt. No. 28 reports to be a Motion to Quash on behalf of "Doe 27."  This motion is moot as 1) Doe 27 was dismissed from this case on May 8, 2013 (*see* Dkt. No. 23), and 2) no Doe with an IP address of "75.132.14.238" was identified in this case.  *See* Dkt. No 4-2.  Plaintiff believes that the Doe in question is involved in a related case.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 20, 2013, the foregoing was filed electronically with the Court to be served via the Court's electronic filing system upon all counsel of record.

/s/ Joel R. Samuels